UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JOSHUA T. NARUG,

    Plaintiff,

    v.

ANDREW M. SAUL, Commissioner of Social Security,

    Defendant.

Case No. 2:19-CV-490 JD

## **ORDER**

This social security appeal was referred to the magistrate judge for preparation of a report and recommendation. The report and recommendation was entered on December 11, 2020, and more than fourteen days have passed without any objections being filed. The Court thus reviews the report and recommendation only for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court has conducted that review and finds no clear error. Accordingly, the Court ADOPTS the report and recommendation (DE 22), REVERSES the Commissioner's decision, and REMANDS this matter for further proceedings consistent with the report and recommendation. The Clerk is DIRECTED to prepare a judgment for the Court's approval.

    SO ORDERED.

    ENTERED: February 1, 2021

                                    /s/ JON E. DEGUILIO
                                    Chief Judge
                                    United States District Court